169 A.3d 490

IN THE MATTER OF MARK H. JAFFE, AN ATTORNEY AT LAW (ATTORNEY NO. 029991988)

September 27, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–413 and DRB 15–414, concluding that **MARK H. JAFFE of PRINCETON,** who was admitted to the bar of this State in 1988, should be censured for violating *RPC* 1.1(a)(gross

neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b)(failure to keep a client reasonably informed about the status of a matter), *RPC* 1.16(d)(failure to protect a client's interests on termination of the representation), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further determined that respondent should be required to provide proof to the Office of Attorney Ethics that he refunded $2,000.00 to a client by October, 2015, and the Office of Attorney Ethics having confirmed to the Court that the refund of $2,000 was delivered to respondent's client on October 21, 2015;

And **MARK H. JAFFE** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **MARK H. JAFFE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.